# United States District Court
## Violation Notice

EW3

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F5399107 | D. Green | A 426766 |

F5399107

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 01/15/18 10:20 | 36 CFR 261.58g |

**Place of Offense:** Gold Creek

**Offense Description:** Parking in violation of Posted Instructions - No valid Sno-park Permit Displayed

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Smith | Kelly | |

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| BHH1146 | WA | 17 | TOYO | HB | BLU |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$50.00 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $80.00 Total Collateral Due

### YOUR COURT DATE

Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy
FS-5300-4 (3/2017)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge